UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELPHON CALHOUN,

        Plaintiff,                 Case no. 08-10051
                                           HON. JOHN CORBETT O'MEARA

v.

WILLIAM BOTOS, et al.,

        Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

The Court having reviewed the February 04, 2009, Report and Recommendation filed by Magistrate Judge Paul J. Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Defendants' motion for summary judgment, filed May 09, 2008 is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's motion to reinstate named defendants, filed March 03, 2008, is DENIED.

IT IS FURTHER ORDERED that Plaintiff's consolidated cross-motion for summary judgment and motion to compel, filed June 09, 2008, is DENIED.

                                                           s/John Corbett O'Meara
                                                           United States District Judge

Date: March 06, 2009

Certificate of Service

    I hereby certify that the foregoing order was served upon the parties of record on March 07, 2009, by electronic and/or U.S. mail.

                                                  s/William Barkholz

                                                  Case Manager