UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELPHON CALHOUN,

       Plaintiff,                                     Case no. 08-10051
                                                      HON. JOHN CORBETT O'MEARA

v.

WILLIAM BOTOS, et al.,

       Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the July 28, 2010 Report and Recommendation filed by Magistrate Judge Paul J. Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

                                             s/John Corbett O'Meara
                                             United States District Judge

Date: August 25, 2010

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 25, 2010, using the ECF system and/or ordinary mail.

                                             s/William Barkholz
                                             Case Manager